NOT FOR PUBLICATION

NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOSEPH LENIART,**<br><br>                  **Plaintiff,**<br><br>          v.<br><br>**SPRINGFIELD TOWNSHIP POLICE DEPARTMENT, et al.,**<br><br>                  **Defendants.** | Civ. No. 21-9884 (SDW)(LDW)<br><br><br>**ORDER**<br><br><br>July 14, 2021 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on June 28, 2021 by Magistrate Judge James B. Clark ("Judge Clark") (D.E. 6), recommending that Plaintiff Joseph Leniart's ("Plaintiff") motion to remand the pending action to the Superior Court of New Jersey, Law Division, Union County (D.E. 3) be granted. No objections to the R&R have been filed.

This Court has reviewed the reasons set forth by Judge Clark in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Clark (D.E. 6) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                               /s/ Susan D. Wigenton
                                                           **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
      Leda D. Wettre, U.S.M.J.